UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE LOCAL COURT OF DANNENBERG (ELBE), GERMANY IN THE MATTER OF KATRIN DALUEGE V. JAMES DIJON THOMPSON _____/ | CASE NO. |

## **APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Trial Attorney at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purposes of obtaining testimony from James Dijon Thompson in the form of a written affidavit. Certain information has been requested by the Local Court of Dannenberg (Elbe), Germany ("German Court"), pursuant to a Letter of Request issued by the German Court in connection with a civil judicial proceeding captioned *Katrin Daluege v. James Dijon Thompson,* Foreign Reference Number: 51 F 354/15 S.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: December 3, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CRAIG CARPENITO
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division, United States Department of Justice

　　　　　　　　　　　　　　　　　　　　JEANNE E. DAVIDSON
　　　　　　　　　　　　　　　　　　　　Director, Office of International Judicial Assistance
　　　　　　　　　　　　　　　　　　　　Civil Division, United States Department of Justice

　　　　　　　　　　　　　　By:　　　　/s/ Katerina Ossenova
　　　　　　　　　　　　　　　　　　　　KATERINA OSSENOVA
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　Office of International Judicial Assistance
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　Room 8102
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　Telephone: 202-353-0194
　　　　　　　　　　　　　　　　　　　　Email: Katerina.V.Ossenova@usdoj.gov