EXHIBIT A

**Certified translation from the German language**

Amtsgericht Dannenberg ( Elbe )
Postfach 1165 • 29445 Dannenberg ( Elbe )

// Coat of Arms //

**Local Court of**
**Dannenberg ( Elbe )**
- Family Division -

US Department of Justice
Civil Division
Office of International Judicial Assistance
P. O. Box 14360
Benjamin Franklin Station
WASHINGTON D.C. 20004
UNITED STATES OF AMERICA

File reference
( please quote with all correspondence ):
NZS **51 F 354/15 S**

| Your reference, your correspondence dated: | Extension: | Date: |
|---|---|---|
| - none - | ( 05861 ) 954 - 355 | 16th May, 2019 |

Dear Sir or Madam,

**In the matter of Family Law concerning**
**Katrin Daluege ./. James Dijon Thompson**

I would kindly request, as part of divorce proceedings being conducted here, that the Respondent be afforded the right to be heard by a Judge to which the matter is referred and on the basis of the catalogue of questions per the attached. Together with the question relating to divorce procedure, it is also a requirement that the matter of equalisation of retirement pension entitlements together with the issue of parental custody of a common child be clarified.

Yours sincerely
**G r a f   G r o t e**
Judge at the Local Court
Certified

// Signature //

Brockmann
Judicial Official

Information as regards data protection and your legal entitlements can be found in our Data Protection Declaration at
http://www.amtsgericht-dannenberg.niedersachsen.de/gericht/datenschutz/.
We shall be pleased to forward the Data Protection Declaration to you should you so request.

| **Administration building**: | **Telephone**: | **Parking facilities** | **Bank account details**: |
|---|---|---|---|
| Amtsberg 2 | ( 05861 ) 954 - 0 | | IBAN: DE92 2505 0000 |
| 29451 Dannenberg ( Elbe ) | **Telefax**: | | 0106 0239 97 |
| **Office hours**: | ( 0586 1) 954 - 345 | **Public transport** | BIC: NOLADE2H |
| Mondays - Fridays: | | **services** | |
| 9.00 a.m. - 12.00 midday | | | |

**Certified translation from the German language**

- Certified abridged transcript -

// Coat of Arms //

# Local Court of Dannenberg ( Elbe )

## Judicial Order

**51 F 354/15 S**

In the matter of Family Law concerning

Katrin Daluege, born on 24th May, ▮▮▮
resident at Berliner Strasse 24, 29451 Dannenberg ( Elbe )

- in the capacity of Petitioner –

Legal counsel:
Rechtsanwaelte Schrader & Moeller GbR, Muenzstrasse 7, 29451 Dannenberg ( Elbe )
File reference: A 246/14

versus

James Dijon Thompson, born on 1st March, ▮▮▮
resident at 27 Hamilton Street, 08876 Sommerville, New Jersey,
UNITED STATES OF AMERICA

- in the capacity of Respondent -

in which action are likewise involved

1. Federal Retirement Pension Insurance North
Friedrich-Ebert-Damm 245, 22159 Hamburg
Insurance no: ▮▮▮▮▮4586

2. Federal Retirement Pension Insurance North
Friedrich-Ebert-Damm 245, 22159 Hamburg
Insurance no: ▮▮▮▮▮4646

the Local Court of Dannenberg ( Elbe ) - Family Division -
*did*, on 13th May 2019 through Mr Justice Graf Grote at the Local Court, adjudicate that:

1. pp.

2. The US Department of Justice, Civil Division, Office of International Judicial Assistance, Benjamin Franklin Station, P.O. Box 14360, Washington, D.C. 20004, U.S.A. is kindly requested to have the Respondent duly heard by the Judge to whom the matter is to be referred having jurisdictional competence *ratione loci* and *ratione materiae*, namely on the issues of dissolution of the marriage by way of divorce, implementation of pensions'-equalisation procedure and parental custody, namely through the channel of administrative and legal cooperation and on the basis of the attached catalogue of questions.

3. Said catalogue of questions for the Respondent reads as follows:

a. When and where did you and Ms Daluege enter into marriage with each other ?

b. Have you and Ms Daluege separated ? Since when has this been the case ( the month and the year or a season and the year will suffice where there is no longer any clear recollection of the exact date ) ? Where this not the case, what prompts you to take the view that you have not become separated ?

c. Do you take the view that your marriage has broken down ?

d. Is it your wish that you become divorced ?

e. Do you consent to divorce as per the request filed by Ms Daluege ?

f. Do you have any common children ? If this is the case, please state the name(s) and date(s) of birth.

g. Ms Daluege has submitted petition to the effect that she be assigned sole parental custody for Autumn Marie Thompson, born on 16th November, ▇▇▇ Do you consent to this request ? If not: Why not ?

h. Do you believe that yourself and Ms Daluege communicate adequately well with each other on matters of relevance to the issue of parental custody ? If you do: how and by which means does this communication take place ( telephone, e-mail, letter post or suchlike ) ? If not: which steps have you taken to remedying the matter of communication ? Can you produce any evidence of these efforts ? Please kindly forward same .

i. When was the last time that you saw your daughter ? What measures have you taken in the meantime to be able to see your daughter ? Have you any means of verifying this ? Please kindly forward same.

j. You were forwarded information by the Federal Retirement Pension Fund in relation to the matter of pensions' equalisation. Do you object in any way to the details contained in that information ? If you do: what are those objections, and why are you raising them ?

4. pp.

Graf Grote
Judge at the Local Court

Certified
Local Court of Dannenberg ( Elbe ), 16th May, 2019
// Signature //

Brockmann
Judicial Official, acting in the capacity of Clerk of
the Office of the Court

// Seal //
of the
LOCAL COURT OF
DANNENBERG - ELBE
// incorporating coat of arms //



SPRACHKANZLEI
LÜNEBURG I HAMBURG

Vor dem Bardowicker Tor 6a    Ottenser Hauptstraße 3
21339 Lüneburg                22765 Hamburg
Tel. 041 31.39 06 05          Tel. 040.24 43 99 62
Fax 041 31 39 08 05



**Amtsgericht
Dannenberg (Elbe)**
- Familiengericht -

Amtsgericht Dannenberg (Elbe)
Postfach 1165 · 29445 Dannenberg (Elbe)

US Department of Justice
Civil Division
Office of International Judical Assistance
P. O. Box 14360
Benjamin Franklin Station
WASHINGTON D.C. 20004
VEREINIGTE STAATEN VON AMERIKA

| Geschäftsnummer  (bitte stets angeben) |
|---|
| NZS **51 F 354/15 S** |

| Ihr Zeichen, Ihre Nachricht vom | Durchwahl | Datum |
|---|---|---|
| - ohne - | (05861) 954-355 | 13.06.2019 |

Sehr geehrte Damen und Herren,

**in der Familiensache**

**Katrin Dalüge ./. James Dijon Thompson**

erhalten Sie anliegendes Schreiben vom 16.05.2019 nebst Übersetzung zur weiteren Veranlassung.

Mit freundlichen Grüßen
Auf Anordnung

Büchler
Justizhauptsekretärin

Dieses Schriftstück wurde elektronisch erstellt.
Es ist ohne Unterschrift bzw. elektronische Signatur gültig.

Hinweise zum Datenschutz und zu Ihren Rechten finden Sie in unserer Datenschutzerklärung unter
http://www.amtsgericht-dannenberg.niedersachsen.de/gericht/datenschutz/.
Auf Wunsch werden wir Ihnen die Datenschutzerklärung zusenden.

**Dienstgebäude**
Amtsberg 2

**Telefon**
(05861) 954-0

**Parkmöglichkeiten**

**Bankverbindung**



Amtsgericht Dannenberg (Elbe)
Postfach 1165 · 29445 Dannenberg (Elbe)

**Amtsgericht
Dannenberg (Elbe)**
- Familiengericht -

US Department of Justice
Civil Division
Office of International Judical Assistance
P. O. Box 14360
Benjamin Franklin Station
WASHINGTON D.C. 20004
VEREINIGTE STAATEN VON AMERIKA

| Geschäftsnummer  (bitte stets angeben) |
| --- |
| NZS **51 F 354/15 S** |

| Ihr Zeichen, Ihre Nachricht vom | Durchwahl | Datum |
| --- | --- | --- |
| - ohne - | (05861) 954-355 | 16.05.2019 |

Sehr geehrte Damen und Herren,

**in der Familiensache
Katrin Dalüge ./. James Dijon Thompson**

in einem hier anhängigen Scheidungsverfahren bitte ich darum, dem Antragsgegner gemäß
anliegender Frageliste durch einen ersuchten Richter rechtliches Gehör zu gewähren. Neben
Fragen zur Scheidung sind außerdem der Ausgleich der Rentenansprüche sowie Fragen zur
elterlichen Sorge für ein gemeinsames Kind zu klären.

Hochachtungsvoll
**G r a f   G r o t e**
Richter am Amtsgericht
Beglaubigt

Brockmann
Justizangestellte

Hinweise zum Datenschutz und zu Ihren Rechten finden Sie in unserer Datenschutzerklärung unter
http://www.amtsgericht-dannenberg.niedersachsen.de/gericht/datenschutz/.
Auf Wunsch werden wir Ihnen die Datenschutzerklärung zusenden.

– Beglaubigte auszugsweise Abschrift –



# Amtsgericht Dannenberg (Elbe)

## Beschluss

**51 F 354/15 S**

In der Familiensache

Katrin Dalüge, geboren am 24.05. █████
wohnhaft Berliner Straße 24, 29451 Dannenberg (Elbe)

- Antragstellerin -

<u>Verfahrensbevollmächtigte:</u>
Rechtsanwälte Schrader & Möller GbR, Münzstraße 7, 29451 Dannenberg (Elbe)
Geschäftszeichen: A 246/14

gegen

James Dijon Thompson, geboren am 01.03. █████
wohnhaft 27 Hamilton Street, 08876 Sommerville, New Jersey,
VEREINIGTE STAATEN VON AMERIKA

- Antragsgegner -

Weitere Beteiligte:

1. Deutsche Rentenversicherung Nord,
Friedrich-Ebert-Damm 245, 22159 Hamburg
Geschäftszeichen: ███████4586

2. Deutsche Rentenversicherung Nord,
Friedrich-Ebert-Damm 245, 22159 Hamburg
Geschäftszeichen: ███████4646

hat das Amtsgericht - Familiengericht - Dannenberg (Elbe) durch den Richter am Amtsgericht
Graf Grote am 13.05.2019 beschlossen:

    1.  pp.

2. Das US Department of Justice, Civil Divison, Office of International Judicial Assistance, Benjamin Franklin Station, P.O. Box 14360, Washington, D.C. 20044, USA wird gebeten, den Antragsgegner durch einen ersuchten, örtlich und sachlich zuständigen Richter zur Frage der Scheidung der Ehe, des Versorgungsausgleichs und der elterlichen Sorge in Amtshilfe gemäß anliegender Fragenliste anhören zu lassen.

3. Die Fragenliste an den Antragsgegner lautet wie folgt:

   a. Wann und wo haben Sie und Frau Dalüge die Ehe geschlossen?

   b. Leben Sie getrennt von Frau Dalüge? Seit wann (soweit das genau Datum nicht erinnerlich ist, reichen Monat und Jahr oder eine Jahreszeit und das Jahr)? Wenn nein: warum sind Sie der Ansicht, dass Sie nicht getrennt voneinander leben?

   c. Betrachten Sie die Ehe als gescheitert?

   d. Möchten Sie geschieden werden?

   e. Stimmen Sie der durch Frau Dalüge beantragten Scheidung zu?

   f. Haben Sie gemeinsame Kinder? Bitte geben Sie ggfs. Name und Geburtsdatum an.

   g. Frau Dalüge hat beantragt, dass ihr die alleinige elterliche Sorge für Autumn Marie Thompson, geboren 16.11.▆▆▆▆ übertragen wird. Stimmen Sie dem zu? Wenn nein: Warum nicht?

   h. Glauben Sie, dass zwischen Ihnen und Frau Dalüge eine ausreichende Kommunikation im Hinblick auf die elterliche Sorge besteht? Wenn ja: wie und womit (Telefon, Email, Brief o.ä.) besteht diese? Wenn nein: was haben Sie unternommen, um die Kommunikation wiederherzustellen? Haben Sie Nachweise darüber? Übergeben Sie diese bitte.

   i. Wann haben Sie Ihre Tochter das letzte Mal gesehen? Was haben Sie seitdem unternommen, um Ihre Tochter sehen zu können? Haben sie Nachweise darüber? Übergeben Sie diese bitte.

   j. Ihnen wurden Auskünfte der Deutschen Rentenversicherung zum Versorgungsausgleich übersandt. Haben Sie gegen die Auskünfte Einwendungen? Wenn ja: welche und warum?

4. pp.

Graf Grote
Richter am Amtsgericht

Beglaubigt
Amtsgericht Dannenberg (Elbe), 16.05.2019



Brockmann, Justizangestellte
als Urkundsbeamtin der Geschäftsstelle