EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE LOCAL COURT OF DANNENBERG (ELBE), GERMANY IN THE MATTER OF KATRIN DALUEGE V. JAMES DIJON THOMPSON _____/ | CASE NO. |

**COMMISSIONER'S SUBPOENA**

To:   Mr. James Dijon Thompson
      27 Hamilton St.
      Sommerville, NJ 08876

I, Katerina Ossenova, a Trial Attorney for the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to Germany, command that you provide to me evidence for use in a civil lawsuit in the Local Court of Dannenberg (Elbe), Germany, entitled *Katrin Daluege v. James Dijon Thompson,* Foreign Reference Number: 51 F 354/15 S, said evidence being:

To provide the completed affidavit – signed and notarized – in response to the German Court's ten (10) interrogatories (see Attachment A) by email to Katerina Ossenova at Katerina.V.Ossenova@usdoj.gov or by mail at the address set forth below no later than _____ _____(date).

**Katerina V. Ossenova**
Trial Attorney, U.S. Department of Justice
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW, Room 8102
Washington, D.C.  20530

1

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

If you have any questions regarding the contents of this request or the methods by which you may comply with the subpoena, please contact me by phone at (202) 353-0194 or by email at Katerina.V.Ossenova@usdoj.gov.

Dated this _____ day of _____, 2019.

          KATERINA OSSENOVA, Commissioner
Trial Attorney
1100 L Street, NW
Room 8102
Washington, DC 20530
Phone: 202-353-0194
Email: Katerina.V.Ossenova@usdoj.gov

ATTACHMENT A

U.S. DEPARTMENT OF JUSTICE
OFFICE OF INTERNATIONAL JUDICIAL
ASSISTANCE

------------------------------------------------------x
IN RE:                                              :
                                                    :
LETTER OF REQUEST FROM THE          :      Ref No.: 51 F 354/15 S
LOCAL COURT OF DANNENBERG         :
(ELBE), GERMANY IN THE MATTER     :
OF KATRIN DALUEGE V. JAMES          :      DJ No.: 189-26-19-49
DIJON THOMPSON                             :
------------------------------------------------------x

## EXECUTION AFFIDAVIT OF LETTER OF REQUEST

I, James Dijon Thompson, a citizen of _____ (country), born on _____, in _____ (city, state or country), presently residing at _____ (address), state under oath:

I have been furnished by the U.S. Department of Justice, Office of International Judicial Assistance, with a copy of the above captioned Letter of Request, issued pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, requesting that I answer written interrogatories relating to a civil case captioned <u>Katrin Daluege v. James Dijon Thompson</u> and pending before the Local Court of Dannenberg (Elbe), Germany.

The following are my responses to the questions contained in the Letter of Request. These responses are based upon personal knowledge.

INTERROGATORIES to James Dijon Thompson

INTERROGATORY 1: When and where did you and Ms. Daluege enter into marriage with each other?

ANSWER:


INTERROGATORY 2: Have you and Ms. Daluege separated? Since when has this been the case (the month and the year or a season and the year will suffice where there is no longer any clear recollection of the exact date)? Where this not the case, what prompts you to take the view that you have not become separated?

ANSWER:


INTERROGATORY 3: Do you take the view that your marriage has broken down?

ANSWER:


INTERROGATORY 4: Is it your wish that you become divorced?

ANSWER:


INTERROGATORY 5: Do you consent to divorce as per the request filed by Ms. Daluege?

ANSWER:


INTERROGATORY 6: Do you have any common children? If this is the case, please state the name(s) and date(s) of birth.

ANSWER:

INTERROGATORY 7: Ms. Daluege has submitted petition to the effect that she be assigned sole parental custody for Autumn Marie Thompson, born on 16th November, 2012. Do you consent to this request? If not: Why not?

ANSWER:


INTERROGATORY 8: Do you believe that yourself and Ms. Daluege communicate adequately well with each other on matters of relevance to the issue of parental custody? If you do: how and by which means does this communication take place (telephone, e-mail, letter post or suchlike)? If not: which steps have you taken to remedying the matter of communication? Can you produce any evidence of these efforts? Please kindly forward same.

ANSWER:


INTERROGATORY 9: When was the last time that you saw your daughter? What measures have you taken in the meantime to be able to see your daughter? Have you any means of verifying this? Please kindly forward same.

ANSWER:


INTERROGATORY 10: You were forwarded information by the Federal Retirement Pension Fund in relation to the matter of pensions' equalization. Do you object in any way to the details contained in that information? If you do: what are those objections, and why are you raising them?

ANSWER:

The foregoing answers are true and correct to the best of my knowledge and belief.

Dated: _____, _____ (City, State)

_____ \_\_\_\_, _____ (Date)

_____
Signature

_____
Print Name

On this \_\_\_\_\_ day of _____, 20 \_\_\_\_, before me, the undersigned notary public, personally appeared _____ (name of document signer), and proved to be the person whose name is signed on the document.

_____
Notary Public Signature and Seal

My commission expires: _____